UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTONIO CORRILLO ESTRELLA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO RAMIREZ, NYE COUNTY SHERIFF'S OFFICE,<br><br>Defendants. | Case No. 2:23-cv-00322-JAD-EJY<br><br>**ORDER** |

On March 1, 2023, Plaintiff filed a Civil Rights Complaint under 42 U.S.C. § 1983. ECF No. 1-1. Plaintiff did not submit a complete application to proceed *in forma pauperis* or pay the $402 filing fee. Under 28 U.S.C. § 1915(a)(2) and LSR 1-2, an inmate seeking to commence a civil action in this Court may apply to proceed *in forma pauperis*, which allows the inmate to file the civil action without prepaying the $402 filing fee.

To apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court:(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Accordingly, IT IS HEREBY ORDERED that on or before **April 10, 2023**, Plaintiff must either pay the $402 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that failure to either pay the $402 filing fee or file a complete application to proceed *in forma pauperis* on or before **April 10, 2023**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows

Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* for inmate along with the information and instructions for filing the same.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1), but will not file it at this time.

Dated this 9th day of March, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE