UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTONIO CORRILLO ESTRELLA, | Case No. 2:23-cv-00322-JAD-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| RICARDO RAMIREZ, NYE COUNTY SHERIFFS OFFICE, *et al.*, | |
| Defendants. | |

On March 9, 2023, the Court ordered Plaintiff to file a complete application to proceed *in forma pauperis* ("IFP") or pay the $402 filing fee for a civil action by April 10, 2023.  ECF No. 3. On April 6, 2023, Plaintiff filed a Motion for Time Extension to file the IFP application and six month financial statement because "NDOC has not provided [Plaintiff] with the 6 month financial statement."  ECF No. 4.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Time Extension (ECF No. 4) is GRANTED.

IT IS FURTHER ORDERED that on or before **May 10, 2023**, Plaintiff must either (1) file a complete application to proceed *in forma pauperis* together with his financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the $402 fee for filing a civil action.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this Order, a recommendation of dismissal of this action may result.

Dated this 6th day of April, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE