UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO CORRILLO ESTRELLA,<br><br>    Plaintiff,<br><br>v.<br><br>RICARDO RAMIREZ, NYE COUNTY SHERIFFS OFFICE, et al.<br><br>    Defendants. | Case No.  2:23-cv-00322-JAD-EJY<br><br>**ORDER** |

On March 9, 2023, the Court issued an Order instructing Plaintiff to either pay the $402 filing fee for a civil action or file a complete application to proceed *in forma pauperis* for inmate.  The Court further ordered Plaintiff's Complaint to be retained but not filed.  ECF No. 3.  On April 17, 2023, Plaintiff filed his application to proceed *in forma pauperis* ("IFP") together with his financial certificate and inmate trust fund account statement.  ECF No. 7.  However, Plaintiff failed to sign the Acknowledgment on page 3 of the IFP application.  *Id.*  As such, Plaintiff's IFP application is incomplete.

Accordingly, IT IS HEREBY ORDERED that on or about **June 9, 2023** Plaintiff must either refile page 3 of his application with his signature on the two lines marked with an "x."  The Court attaches this page to this Order as Exhibit A, which is to be sent to Plaintiff along with this Order so that he may comply.

To avoid confusion, Plaintiff must file the signed page 3 of his application no later than **June 9, 2023**.  Once this document is filed, the application will be complete and will be reviewed, along with Plaintiff's Complaint, by the Court.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this Order, the Court will recommend this case be dismissed without prejudice.

DATED this 10th day of May, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A

## ACKNOWLEDGMENT

I, the undersigned, acknowledge that I have read the foregoing and that the information contained therein is true and correct to my own knowledge and belief.

Further, I state that I have not directly or indirectly paid or caused to be paid to any inmate, agent of an inmate, or family member of any inmate a sum of money, favors or anything else for assistance in the preparation of this document or any other document in connection with this action.

Further, I acknowledge that if any of the information included in this motion for leave to proceed *in forma pauperis* is false or misleading, I understand that sanctions may be imposed against me. Those sanctions may include, but are not limited to, the following:

(1)  dismissal of my case with prejudice;
(2)  imposition of monetary sanctions;
(3)  the Nevada Department of Prisons may bring disciplinary proceedings for a violation of MJ-48 of the Code of Penal Discipline, which can include all sanctions authorized under the Code including the loss of good time credits and punitive confinement; and
(4)  perjury charges.

Further, I hereby authorize the United States District Court, District of Nevada, or its representative, to investigate my financial status, and authorize any individual, corporation, or governmental entity to release any such information to the said Court or its representative.

Further, I acknowledge and consent that a portion of any recovery, as directed by the court, shall be paid to the clerk for reimbursement of all fees and costs incurred by me as a result of being granted leave to proceed *in forma pauperis*.

Dated this __12th__ day of __APRIL__, 20__23__.

X _____
(Signature of Applicant)

I understand that a false statement or answer to any question in this declaration will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Signed at __HDSP__
(Location)

X _____
(Signature)

__4-12-23__
(Date)

__122/283__
(Inmate Prison Number)