UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO CORRILLO ESTRELLA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO RAMIREZ, NYE COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-00322-JAD-EJY<br><br>**REPORT AND RECOMMENDATION** |

On March 1, 2023, Plaintiff, an inmate in the custody of High Desert State Prison, filed a Civil Rights Complaint under 42 U.S.C. § 1983 (ECF No. 1-1) but failed to file a complete *in forma pauperis* ("IFP") application or pay the required filing fee. ECF No. 1-1. Plaintiff subsequently filed a complete IFP application, which the Court granted on June 5, 2023. ECF Nos. 7, 9, 10. The Court, however, simultaneously recommended Plaintiff's Complaint be dismissed without prejudice. ECF No. 10. Plaintiff was given through and including July 18, 2023 to file a first amended complaint. *Id.* at 4. The Order explained that if Plaintiff failed to file an amended complaint, the Court would recommend dismissal of this action without prejudice. *Id.*

On June 6, 2023, Plaintiff's mail was returned as undeliverable. ECF No. 11. On June 30, 2023, District Judge Dorsey accepted the recommendations and ordered Plaintiff's Complaint dismissed without prejudice with leave to amend by July 18, 2023. ECF No. 13. On July 10, 2023, Plaintiff's mail was again returned as undeliverable. ECF No. 14. As of the date of this Recommendation, Plaintiff has not updated his address nor filed an amended complaint.

Based on the foregoing, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Orders.

DATED this 5th day of October, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

## **NOTICE**

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).