**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Antonio Corrillo Estrella,

   Plaintiff

v.

Ricardo Ramirez, et al.,

   Defendants

Case No.: 2:23-cv-00322-JAD-EJY

**Order Adopting Report & Recommendation and Dismissing Action**

[ECF No. 15]

  On June 5, 2023, the court recommended that plaintiff Antonio Corrillo Estrella's claim be dismissed with leave to file an amended complaint by July 18th.[1] The copy of that order mailed to Estrella was returned as undeliverable.[2] So on June 6th, the magistrate judge ordered for Estrella to update his address by July 7th.[3] Estrella was warned that his failure to update his address by that deadline would result in a recommendation that this case be dismissed.[4]

  When Estrella did not update his address and filed nothing by July 18th, the magistrate judge entered a report and recommendation that this case be dismissed for failure to comply with court orders.[5] Estrella had 14 days after being served with the report and recommendation to object, and he neither filed objections nor moved to extend the deadline to do so. "[N]o review

---

[1] ECF No. 10.

[2] ECF No. 11. I accepted the recommendation to dismiss the case with leave to amend on June 30th, and that order was returned as undeliverable, too. ECF No. 14.

[3] ECF No. 12.

[4] *Id.*

[5] ECF No. 15.

is required of a magistrate judge's report and recommendation unless objections are filed."[6] Having reviewed the R&R, I find good cause to adopt it, and I do.

      IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 15] is ADOPTED** in its entirety.  This action **is DISMISSED** without prejudice, and the Clerk of Court is directed to **CLOSE THIS CASE.**

      _____
      U.S. District Judge Jennifer A. Dorsey
      October 24, 2023

---

[6] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).